NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER

**Electronically Filed
Intermediate Court of Appeals
CAAP-17-0000409
17-SEP-2019
07:48 AM**

NO. CAAP-17-0000409

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

IN THE MATTER OF
THE ORVILLE T. MAGOON TRUST DATED JULY 8, 1997,
AS RESTATED AND AMENDED.

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(TRUST NO. 16-1-0168)

ORDER APPROVING STIPULATION FOR DISMISSAL WITH PREJUDICE
(By: Ginoza, Chief Judge, Fujise and Leonard, JJ.)

Upon review of the Stipulation for Dismissal with Prejudice (Stipulation for Dismissal) filed on September 9, 2019 by Respondent-Appellant Karen Melander-Magoon, Personal Representative for the Estate of Orville T. Magoon, and signed by the parties appearing in the appeal, pursuant to Hawaiʻi Rules of Appellate Procedure Rule 42(b) and the record and files in this case,

IT IS HEREBY ORDERED that the Stipulation for Dismissal is approved and this appeal is dismissed with prejudice. Each party shall bear their own attorneys' fees and costs.

DATED: Honolulu, Hawaiʻi, September 17, 2019.

Chief Judge

Associate Judge

Associate Judge